THE PEOPLE ex rel. ARTHUR RUSSELL, Appellant, v. THE BOARD OF SUPERVISORS OF QUEENS COUNTY, Respondents.

*Newtown creek — Chap. 540 of 1868 — power of board of supervisors under.*

Under the provisions of chapter 540 of 1868, authorizing the supervisors of Newtown and the Seventeenth ward of the city of Brooklyn to take charge of the bridge over Newtown creek, keep the same in repair, " and appoint a proper person to attend and manage the draw in the bridge," the power of the supervisors is exhausted by the appointment of a person to attend and manage the draw, and they have no authority to appoint an assistant keeper; and a person employed as an assistant, is a mere employe of the keeper and may be discharged by him.

APPEAL from an order, denying an application for a mandamus to compel the defendant to audit and allow the claim of the relator, for eight months' wages, as assistant in attending the draw in the bridge over Newtown creek.

*S..B. Noble*, for relator. *And. J. Provost*, for respondent.

Opinion by TALCOTT, J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Order affirmed, with costs and disbursements.